**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

PATRICIA J. LANE, ET AL.                    CIVIL ACTION

VERSUS                                      NO. 06-5147

USAA CASUALTY INSURANCE COMPANY             SECTION B(1)

**ORDER**

Before the Court is Plaintiffs' Motion For New Trial concerning this Court's order granting Defendant's Motion To Dismiss.  (Rec. Doc. No. 18).

The Fifth Circuit has held that a motion for new trial "must clearly establish a manifest error of law or fact or must present newly discovered evidence." *Simon v. United States*, 891 F.2d 1154, 1159 (5th Cir. 1990); *see also First Commonwealth Corp. v. Hibernia Nat. Bank of New Orleans*, 896 F. Supp. 634, 635 (E.D. La. 1995). The arguments presented do not satisfy the criteria imposed by the Fifth Circuit to justify the granting of a new trial.

The Court treated Defendant's motion to dismiss as a motion for summary judgment and found the insurance policy language at issue was clear and unambiguous.  (Rec. Doc. No. 17).  Accordingly, the Court held coverage did not exist as a matter of law and Plaintiffs failed to state a claim.  *Id*.

Plaintiffs contend genuine issues of material fact exist and, therefore, move the Court to grant a new trial.

1

The Court finds that the issues of fact identified by Plaintiffs are not material to the interpretation of the insurance policy at issue.   Issues regarding Plaintiffs' reasonable expectations are not material as Louisiana law "precludes use of the reasonable expectation doctrine to recast policy language when such language is clear and unambiguous."  *Coleman v. Sch. Bd. of Richland Parish*, 418 F.3d 511, 522 (5th Cir. 2005).

Finding that Plaintiffs have not provided the Court any basis for altering its ruling or judgment,

**IT IS ORDERED** that Plaintiffs' Motion for New Trial  is **DENIED.**

New Orleans, Louisiana this 24th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE